1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  EDWINA PINON, individually and on behalf of all persons similarly situated,<br>12<br>13               Plaintiff,<br>14       vs.<br>15  TRISTAR PRODUCTS, INC., DOES 1-10, inclusive,<br>16               Defendant. | Case No. 1:16-cv-00331-DAD-SAB<br><br>**ORDER RE STIPULATED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(ECF No. 9)** |

17

18      WHEREAS the Complaint in the above-entitled action was filed on March 10, 2016 and
19 served on March 22, 2016;

20      WHEREAS the Parties entered into a stipulation to extend the time for filing of
21 responsive pleading 14 days to April 26, 2016 (Dkt. No. 6);

22      WHEREAS Defendant Tristar Products, Inc.'s ("Tristar") has retained this firm to defend
23 the action, substitution of counsel being filed concurrently herewith;

24      WHEREAS the parties have been unable to schedule a time to meet and confer to discuss
25 Tristar's contemplated motion in response the Complaint in conformance with this Court's
26 Standing Order requiring the parties to meet and confer before filing a motion (Dkt. No. 4-1, ¶
27 1.C);

28

WHEREAS Plaintiff Edwina Pinon agrees to grant Tristar one further extension of time of 7 days to respond to the Complaint so that the parties may engage in the requisite meet and confer about Tristar's contemplated motion in response to the Complaint;

**WHEREFORE,** the parties hereby stipulate by and through their respective counsel and ask this Court, pursuant to Local Rule 144, to grant Tristar a 7-day extension to **May 3, 2016,** to respond to the Complaint in the above-captioned matter.

**IT IS SO STIPULATED.**

Dated: April 26, 2016         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Pamela M. Ferguson*
Shawn A. Toliver
Pamela M. Ferguson
Attorneys for Defendant TRISTAR PRODUCTS, INC.

Dated: April 26, 2016         LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Meghan E. George* (as authorized on April 26, 2016)
Todd M. Friedman
Megan E. George
Attorneys for Plaintiff EDWINA PINON

IT IS SO ORDERED.

Dated: **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE

2