**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PAMELA M. FERGUSON, SB# 202587
   Email: pamela.ferguson@lewisbrisbois.com
JON C. JAMES, SB#184853
   Email: jon.james@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant TRISTAR PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EDWINA PINON, individually and on behalf of all persons similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., DOES 1-10, inclusive,<br><br>          Defendant. | CASE NO. 1:16-CV-00331-DAD-SAB<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

     The parties to this action, by and through their counsel of record, hereby agree and stipulate that the scheduling conference currently set for September 20, 2016 at 3:30 p.m. shall be continued by the Court for 30-45 days based on the Court's calendar and availability.

     This Stipulation is based-in part-upon the non-planned unavailability of Pamela M. Ferguson, lead counsel for LBBS, who has left the country to attend to the death of a family member.

/ / /

/ / /

1
2
3   IT IS SO STIPULATED.
4
5  Dated: September 2, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP
6                                      By: */s/ Jon C. James*
7                                          Pamela M. Ferguson
                                            Jon C. James
8                                           Attorneys for Defendant TRISTAR PRODUCTS, INC.
9
10 Dated: September 2, 2016            LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                                       By: /s/
11                                         Todd M. Friedman
                                           Megan E. George
12                                         Attorneys for Plaintiff EDWINA PINON
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties, and good cause appearing:

1. The Mandatory Scheduling Conference, currently set for September 20, 2016 at 3:30 p.m., is hereby continued to November 14, 2016 at 3:00 p.m. A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: __September 2, 2016__

UNITED STATES MAGISTRATE JUDGE

# FEDERAL COURT PROOF OF SERVICE

Edwina Pinon, individually and on behalf of all persons similarly situated v. Tristar Products, Inc., Does 1-10, inclusive

Case No. USDC Eastern District Case No.: 1:16-cv-00331-DAD-SAB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 30, 2016, I served the following document(s): **STIPULATED REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND [PROPOSED] ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Todd M. Friedman, Esq.
Meghan E. George, Esq.
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Hills Dr., #725
Beverly Hills, CA  90212
Tel: (877) 206-4741
Fax: (866) 633-0228
Email: tfriedman@toddflaw.com
mgeorge@toddflaw.com

**Attorneys for Plaintiff Edwina Pinon**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address lori.carmicahel@lewisbrisbois.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 30, 2016, at San Francisco, California.

*/s/ Lori A. Carmichael*
Lori A. Carmichael

LEWIS
BRISBOIS