# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWINA PINON, individually and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRISTAR PRODUCTS, INC.,<br><br>　　　　　Defendant. | Case No. 1:16 -cv-00331-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 48)<br><br>THIRTY DAY DEADLINE |

　　　　On May 26, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates are VACATED; and

　　　　2.　　The parties shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated:　**May 30, 2017**　　　　　　　　　　　/s/ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1