# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWINA PINON, | Case No. 1:16-cv-00331-DAD-SAB |
| Plaintiff, | ORDER GRANTING REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| TRISTAR PRODUCTS, INC., | (ECF No. 50) |
| Defendant. | DEADLINE: OCTOBER 30, 2017 |

On May 26, 2017, Plaintiff filed a notice of settlement and was ordered to file dispositional documents within sixty days of May 30, 2017. (ECF Nos. 48, 49.) On July 31, 2017, Plaintiff filed a "Request to Continue Order to Show Cause Re Settlement" seeking an additional ninety days to finalize the settlement. While the request seeks a continuance of an order to show cause, there is no order to show cause pending in this action. The Court construes this as a request to continue the date by which the parties are to file dispositive documents in this matter.

Based on Plaintiff's representation that additional time is necessary to finalize the settlement of this action, IT IS HEREBY ORDERED that the parties shall file dispositive documents in this action on or before October 30, 2017.

IT IS SO ORDERED.

Dated: **August 1, 2017**

UNITED STATES MAGISTRATE JUDGE

1